■ BEN SZAREWICZ, Plaintiff, v. ALBORO CRANE RENTAL CORP. et al., Defendants. ALBORO CRANE RENTAL CORP., Third-Party Plaintiff-Respondent, v. HARROD STEEL ERECTION CO., INC., Third-Party Defendant-Appellant. — Order entered October 9, 1967, unanimously reversed, on the law, with $50 costs and disbursements to appellant, and the motion to dismiss the third-party complaint granted. " Where the defendant is alleged to be guilty only of active as distinguished from passive negligence, impleader is improper as a matter of law, since an actively negligent tort-feasor is not entitled to indemnity (see, e.g., *Messaro* v. *Long Is. R. R. Co.*, 274 App. Div. 939) ". (*Putvin* v. *Buffalo Elec. Co.*, 5 N Y 2d 447, 455.) Moreover, in the absence of a specific agreement to assume responsibility for the negligence of the third-party plaintiff, the indemnity agreement " falls far short of that unequivocal expression of an intention to indemnify " required by the precedents. (*Bernardo* v. *Fordham Hoisting Co.*, 6 A D 2d 619, 621.) Concur — Stevens, J. P., Eager, Capozzoli, McGivern and McNally, JJ.